Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Manhattan Division

| | |
|---|---|
| GROWTECH INDUSTRIES, LLC <br><br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br><br> -v- <br><br> MARY MECHANIX, L.L.P. <br><br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 20-cv-3019 <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☐ Yes ☑ No |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Growtech Industries, LLC |
   | Street Address | 3100 Lakeshore Road |
   | City and County | Buffalo, Erie County |
   | State and Zip Code | New York 14219 |
   | Telephone Number | (315) 335-9692 |
   | E-mail Address | jrea@rea-lawfirm.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name: Mary Mechanix, L.L.P.
    Job or Title *(if known)*:
    Street Address: 2525 NW Expressway
    City and County: Oklahoma City, Oklahoma County
    State and Zip Code: Oklahoma  73112
    Telephone Number: (405) 886-2036
    E-mail Address *(if known)*:

Defendant No. 2

    Name:
    Job or Title *(if known)*:
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address *(if known)*:

Defendant No. 3

    Name:
    Job or Title *(if known)*:
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address *(if known)*:

Defendant No. 4

    Name:
    Job or Title *(if known)*:
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address *(if known)*:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**II.** **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.** **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

**B.** **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation/limited liability company
    The plaintiff, *(name)* Growtech Industries, LLC, is incorporated under the laws of the State of *(name)* New York, and has its principal place of business in the State of *(name)* New York.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a limited liability partnership

The defendant, *(name)* Mary Mechanix, L.L.P. , is incorporated under the laws of the State of *(name)* Oklahoma , and has its principal place of business in the State of *(name)* Oklahoma .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The plaintiff has furnished goods and services to the defendant having a total fair and agreed upon value of $1,914,388.00, no part of which has been paid by defendant to plaintiff except the sum of $1,551,444.25, leaving a balance due of $362,943.75, which remains unpaid despite repeated demands by plaintiff for payment of said monies.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The parties entered into a series of written agreements, including purchase orders, pursuant to which plaintiff furnished goods and services on defendant's behalf to provide, deliver and install processing equipment and mechanical systems for defendant's operations, for which plaintiff is entitled to receive the aggregate sum of $1,914,388.00, no portion of which defendant has paid except the sum of $1,551,444.25, leaving a balance due of $362,943.75, which remains unpaid despite plaintiff's repeated demands for payment, in breach of said agreements. Moreover, plaintiff seeks recovery on an account stated in the amount of $362,943.75, which was provided to defendant on April 2, 2020 and to which defendant has not objected.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff requests recovery from defendant for breach of contract and for an account stated in the sum of $362,943.75, together with pre-judgement interest from April 2, 2020, as well as the costs and disbursements of this action, including reasonable attorney's fees.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____
Printed Name of Plaintiff _____

### B. For Attorneys

Date of signing: 04/14/2020

Signature of Attorney: s/Jeffrey J. Rea
Printed Name of Attorney: Jeffrey J Rea
Bar Number: JR-5635
Name of Law Firm: Rea & Associates, LLC
Street Address: 225 Broadway, Suite 1515
State and Zip Code: New York, New York 10007
Telephone Number: (212) 557-5050 (Ext 1)
E-mail Address: jrea@rea-lawfirm.com