UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GROWTECH INDUSTRIES, LLC,

                     Plaintiff,

        -v-

MARY MECHANIX, L.L.P.,

                     Defendant.

20-CV-3019 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Having considered Plaintiff's motion for default judgment and Defendant's motion to set aside the default, and the briefs and other submissions filed in connection with those motions, the Court concludes that there is good cause to set aside the default and permit Defendant to respond to the complaint on the merits. Accordingly, the motion for default judgment (Dkt. No. 19) is denied, and the motion to set aside the default (Dkt. No. 28) is granted. The letter motion for an extension of time (Dkt. No. 26) is granted nunc pro tunc. Defendant shall answer or otherwise respond to the complaint on or before August 21, 2020.

    SO ORDERED.

Dated: July 31, 2020
       New York, New York

                                                 J. PAUL OETKEN
                                              United States District Judge