UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GROWTECH INDUSTRIES LLC,
                Plaintiff,

      -v-

MARY MECHANIX L.L.P.,
                Defendant.

20-CV-3019 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

      A telephone conference was held in this case on December 7, 2020.  For the reasons stated on the record, a default judgment will be entered against Defendant as a result of its failure to comply with the Court's scheduling orders and failure to participate in discovery.  If Defendant wishes to address the issue of damages to be awarded, it shall file a letter on or before December 21, 2020, which either (1) attaches any declarations and/or documents supporting its position on damages, or (2) requests a reasonable extension of time for the filing of such submission on damages.  Counsel for Defendant is directed to provide a copy of this order to Defendant promptly.

      SO ORDERED.

Dated: December 7, 2020
       New York, New York

                                        J. PAUL OETKEN
                                        United States District Judge