UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GROWTECH INDUSTRIES LLC,
                              Plaintiff,

                    -v-

MARY MECHANIX L.L.P.,
                              Defendant.

20-CV-3019 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

A default judgment was signed in this case on January 21, 2021.  Because the interest

calculation in that default judgment was unclear, the Court hereby directs the Clerk of Court to

issue an amended judgment in the amount of (1) the liquidated amount of $362,943.75; *plus*

(2) nine percent interest on that liquidated amount calculated by the Clerk on an annual basis

from April 2, 2020 to the date of the amended judgment; *plus* (3) costs and disbursements in the

amount of $518.17.

        SO ORDERED.

Dated: February 1, 2021
        New York, New York

_____
        J. PAUL OETKEN
    United States District Judge