**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GROWTECH INDUSTRIES LLC,
                     Plaintiff,

                                                              20 **CIVIL** 3019 (JPO)

              -against-                                **AMENDED DEFAULT JUDGMENT**

MARY MECHANIX, L.L.P.,
                     Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated February 1, 2021, this action having been commenced on April 14, 2020 by the filing of the Summons and Complaint (ECF ## 1 & 5), followed by a filing of a First Amended Complaint (ECF #10) and a First Amended Summons (ECF #14), and a copy of the First Amended Summons and First Amended Complaint, having been personally served on the defendant, Mary Mechanix, L.L.P., (i) on May 21, 2020 by Federal Express Overnight Delivery Service upon A. Kaitlyn, a representative for Mary Mechanix, L.L.P. at defendant's place of business located at 2525 NW Expressway, Oklahoma City, Oklahoma, and (ii) on May 28, 2020 by Certified Mail, Return Receipt Requested upon Amy Taylor, a representative for Mary Mechanix, L.L.P. at defendant's place of business located at 2525 NW Expressway, Oklahoma City, Oklahoma, and a proof of service having been filed on June 4, 2020 (ECF ##15, 15-1 and 15-2), and the defendant not having answered the First Amended Complaint, and the time for answering the First Amended Complaint having expired, and a Clerk's Certificate of Default having been entered against the defendant on June 16, 2020 (ECF #18), it is **ORDERED, ADJUDGED AND DECREED**: That the plaintiff have judgment against defendant in the liquidated amount of $362,943.75, with interest at the New York State statutory rate of 9% per annum from April 2, 2020 to June 30, 2020 amounting to $8,054.10, plus costs and disbursements of this action in the amount of $518.17, amounting in all to $371,516.02, plus interest at the statutory

rate of 9% *per annum* from July 1, 2020 to the date of judgment, in the amount of $27,295.36, plus costs and disbursements in the amount of $518.17; for a total judgment of $390,757.28.

**DATED**: New York, New York
February 1, 2021

                 **RUBY J. KRAJICK**
                 _____
                 **Clerk of Court**
**BY:**   *K. Mango*
                 **Deputy Clerk**